UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAUL C. BOLIN, E88100,

    Plaintiff,

  v.

HEATHER E. WILLIAMS, et al.,

    Defendant(s).

Case No. 18-cv-04937-CRB (PR)

**JUDGMENT**

For the reasons set forth in the accompanying order of dismissal, judgment is entered in favor of defendant(s) and against plaintiff.

The clerk is directed to close the case and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: September 14, 2018

_____
CHARLES R. BREYER
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL C. BOLIN,<br><br>    Plaintiff,<br><br>v.<br><br>HEATHER E. WILLIAMS, et al.,<br><br>    Defendants. | Case No. 3:18-cv-04937-CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 14, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Paul C. Bolin ID: E-88100 3EY12
San Quentin State Prison
San Quentin, CA 94974

Dated: September 14, 2018

Susan Y. Soong
Clerk, United States District Court

By:_____
Lashanda Scott, Deputy Clerk to the
Honorable CHARLES R. BREYER